**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TARAS MAKARENKO,

Petitioner,

v.

Case No. 1:26-cv-00225-MIS-GBW

KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, in his official capacity; DAVID EASTERWOOD, Field Office Director of Enforcement and Removal Operations, Minneapolis – St. Paul Field Office, Immigration and Customs Enforcement, in his official capacity; MARY DE ANDA-YBARRA, Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement, in her official capacity; and FNU LNU, Warden of Cibola County Correctional Center, custodian of detainees at the Cibola County Correctional Center, in their official capacity,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Taras Makarenko and against Respondents Kristi Noem, Todd M. Lyons, David Easterwood, and Mary De Anda-Ybarra.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE